No. 97–725. AMER ET UX. *v.* MICHIGAN FAMILY INDEPENDENCE AGENCY. Ct. App. Mich. Certiorari denied.

No. 97–728. HALL *v.* HIPPS, JACKSON COUNTY DISTRICT ATTORNEY, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–732. STEAGALL *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–734. SMITH *v.* LANG. C. A. 7th Cir. Certiorari denied.

No. 97–736. GENTRY *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–739. MONTAGUE *v.* WEST, SECRETARY OF THE ARMY, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–5328. COX *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–5699. JIMENEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5727. LUGO *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–5732. HODGES *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–5742. SKILLICORN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–5757. GRAVETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5784. COOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5794. ALSTON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–5846. BURGESS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.